ROBERT S. BOULTER (STATE BAR NO. 153549)
rsb@boulter-law.com
1101 Fifth Avenue, Suite 235
San Rafael, California 94901-1828
Telephone: (415) 233-7100
Facsimile: (415) 233-7101

Attorney for Plaintiffs Jeffrey Chandler and
J and J Partnership

**GRANTED**
Judge Yvonne Gonzalez Rogers
2/9/2018

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY CHANDLER, an individual, J&J PARTNERS, a California General Partnership <br><br> Plaintiff, <br><br> v. <br><br> CRATERS & FREIGHTERS FRANCHISE COMPANY, A COLORADO CORPORATION <br><br> Defendant. | CASE NO.: 4:17-cv-06257-YGR <br><br> Hon. Yvonne Gonzalez Rogers <br><br> NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE |

TO THE HONORABLE COURT, ALL PARTIES HEREIN AND THEIR RESPECTIVE COUNSEL OF RECORD:

1. Plaintiffs Jeffrey Chandler, an individual, and J&J Partners, a California General Partnership hereby voluntarily dismiss this lawsuit pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Such dismissal shall be with prejudice, with each side to bear its own costs and fees.

DATED: February 7, 2018

By: /s Robert S. Boulter
Robert S. Boulter
Attorney for Jeffrey Chandler and J & J Partners